IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-02356-MSK-BNB

STEPHEN THENE SPARKS

    Plaintiff,

v.

K. RITTENHOUSE

    Defendant.

_____

**ORDER**
_____

Pursuant to the Order and Judgment of the United States Court of Appeals for the Tenth Circuit filed February 14, 2006 **(#72)**, Plaintiff Stephen Thene Sparks shall have **thirty (30) days from the date of this Order** to file an amended complaint in the above action with the United States District Court for the District of Colorado.

DATED this 15th day of February 2006.

                                                      **BY THE COURT:**

                                                      Marcia S. Krieger
                                                      United States District Judge