IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-02356-MSK-BNB

STEPHEN THENE SPARKS,

Plaintiff,

v.

K. RITTENHOUSE,

Defendant.

---

**ORDER**

---

This matter is before me on **Plaintiff's Motion to Amend, Pursuant to Tenth Circuit Ruling** (the "Motion to Amend"), filed March 22, 2006.  On March 4, 2004, this case was dismissed.  On February 14, 2006, the Tenth Circuit Court of Appeals remanded the case with directions that the plaintiff be given thirty days to file an amended complaint.  On February 16, 2006, the plaintiff was granted an extension of time until March 26, 2006, to file an amended complaint.  On March 22, the plaintiff filed the Motion to Amend.

The Motion to Amend is not a model of clarity.  The plaintiff appears to be attempting to submit argument and evidence relating to proposed additional claims of discrimination.  The plaintiff does not attach a proposed amended complaint to his Motion to Amend.

The plaintiff may not amend his Complaint by simply filing piecemeal amendments.  Rather, he must file the entire proposed amended complaint.  The plaintiff may not incorporate by reference his original Complaint into the amended complaint.  The amended complaint must stand alone; it must contain <u>all</u> of the plaintiff's claims.  Accordingly,

IT IS ORDERED that Plaintiff's Motion to Amend is DENIED WITHOUT PREJUDICE, subject to compliance with this Order.

IT IS FURTHER ORDERED that on or before **April 25, 2006**, the plaintiff shall file an amended complaint pursuant to the Order and Judgment of the United Sates Court of Appeals for the Tenth Circuit dated February 14, 2006, and consistent with the requirements of this order.  No further extensions of time will be granted.

Dated March 28, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge