IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-02356-MSK-BNB

STEPHEN THENE SPARKS,

Plaintiff,

v.

K. RITTENHOUSE,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Complaint** [Doc. # 83, filed 4/13/06] (the "Motion"). The plaintiff has attached a proposed Amended Complaint to the Motion.

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept the Amended Complaint for filing.

IT IS FURTHER ORDERED that the defendant shall answer or otherwise respond to the Amended Complaint on or before **May 22, 2006**.

Dated May 1, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge