IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 02-cv-02356-MSK-BNB

STEPHEN THENE SPARKS,

Plaintiff,

v.

K. RITTENHOUSE,

Defendant.
_____

## ORDER
_____

This matter is before me on the plaintiff's **Motion to Compel Discovery - Request for Admission** [Doc. # 110, filed 11/9/06] (the "Motion"). The plaintiff requests an order compelling the defendant to respond to his Request for Admissions.

The plaintiff served his Request for Admissions on the defendant on October 24, 2006. *Motion*, introductory paragraph. The discovery cut-off in this case was October 2, 2006. *Order* [Doc. #92, filed 6/16/96].   The defendant properly objected to the Request for Admissions as untimely.  *Defendant's Response to Plaintiff's Motion to Compel - Request for Admissions* [Doc. #114, filed 11/14/06].

IT IS ORDERED that the Motion is DENIED.

Dated November 16, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge