IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 02-cv-02356-MSK-BNB

STEPHEN THENE SPARKS,

    Plaintiff,

v.

K. RITTENHOUSE,

    Defendant.

_____

## ORDER VACATING PRETRIAL CONFERENCE
_____

    **THIS MATTER** comes before the Court *sua sponte*.

    This case is set for a Pretrial Conference at 4:30 p.m. on March 21, 2007.  The Defendant's Motion for Summary Judgment **(# 109)** is presently before the Court, and the Court anticipates that a ruling on that motion may obviate the need for the Pretrial Conference. Accordingly, the Pretrial Conference set for March 21, 2007 is **VACATED**.  Should the Court conclude that a need remains to conduct the trial, the Court will contact the parties to reset it.

    Dated this 20th day of March, 2007

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge